

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| JAMES H. DAVIS D/B/A JD MINERALS, WALTER ALLISON BAEN, SANTOS J. DOMINGUEZ AND DIXIE L. HESTER, | § | No. 08-20-00205-CV |
| | § | Appeal from the |
| | § | |
| Appellants, | § | 112th District Court |
| | § | of Upton County, Texas |
| v. | § | |
| | § | (TC# 18-04-U4615-OTH) |
| COG OPERATING, LLC, NEAL BRUSENHAN PROPERTIES, LP, NEAL | § | |
| BRUSENHAN MANAGEMENT, LLC AS GENERAL PARTNER OF NEAL | § | |
| BRUSENHAN PROPERTIES, LP, ROBERT L. NEAL AS TRUSTEE OF | § | |
| THE NEAL ROBERT L. MANAGEMENT TRUST AND JESSIE | § | |
| FRANCES NEAL, | § | |
| Appellees. | § | |

## **O R D E R**

The Court GRANTS Appellees Neal Brusenhan Properties, LP, Neal Brusenhan Management, LLC as General Partner of Neal Brusenhan Properties, LP, Robert L. Neal as Trustee of the Neal Robert L. Management Trust and Jessie Frances Neal's unopposed motion to reset the scheduled October 21, 2021, submission and oral argument setting.

Further, please take notice that the above captioned cause has been reset for submission with oral argument for **November 18, 2021**, at **2:30 P.M. through the Eighth Court of Appeals' ZOOM license. Counsel are instructed _not_ to appear at the Court's physical address.**

Counsel will receive a separate email that will contain a https://txcourts.zoom.us/j/xxxxxxx

address for the argument.  Regarding Zoom oral arguments, Counsel are admonished as follows:

1.  You will need a computer, laptop, or other device with a camera and microphone. You will also need access to the internet.

2.  The link to Zoom is only for lead counsel of record.  You are instructed **not** to share that link with any other person.  The argument itself, however, will be live streamed to the Court's YouTube channel for the benefit of co-counsel, clients, and the public (https://www.youtube.com/channel/UCvCKJI6GVQMi5bJG2s8UIQ/featured).

3.  Just as you would not surreptitiously record an oral argument if it was made in person in our courtroom, you are likewise instructed not to record the argument on your device.  The Court will record the argument as per its usual practice.

4.  We appreciate the need of counsel to appear remotely, and possibly from a residence.  To eliminate feedback and background noise, we admonish counsel to turn off other electronic devices (i.e., televisions, radios, cell phones) and to isolate yourself from other household noises.

5.  We also encourage counsel to familiarize yourself with the ZOOM platform before the argument.  In that regard, the Court may send you a link to a separate ZOOM session a few days prior to the argument to verify your connectivity and equipment.

If the case is settled or will not be argued for any reason, the clerk shall be notified at once so that the court can maintain a full docket of cases to be argued. Any motion to vacate should be filed within 10 days of this notice.

**ARGUMENTS ARE LIMITED TO TWENTY MINUTES EACH SIDE, WITH TEN MINUTES ADDITIONAL REBUTTAL FOR APPELLANT(S). LEAVE OF COURT MUST BE OBTAINED FOR ADDITIONAL TIME.**

The above case is scheduled to be heard before Chief Justice Rodriguez, Justice Palafox, and Justice Alley. **Panel is subject to change.**

**PLEASE ACKNOWLEDGE RECEIPT OF THIS SUBMISSION NOTICE** by **clicking the link below and completing the Oral Argument Acknowledgement Form. Once the form has been completed the same must be filed with this Court through the approved electronic filing system. http://www.txcourts.gov/media/1165758/oa_ackform.pdf**

IT IS SO ORDERED this 13th day of August 2021.


PER CURIAM


Before Rodriguez, C.J., Palafox and Alley, JJ.